IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED

15 MAY 19 AM 9: 47

SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:14PO-0051-SLO |
| | ) | |
| JOHN ALFANO | ) | |
| | ) | |

### ORDER TERMINATING PROBATION

The above named was placed on Probation on 10/15/2014 for a period of six (6) months. His probation was extended for a period of three (3) months on April 8, 2015. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 19th day of May, 2015

Sharon L. Ovington
Chief United States Magistrate Judge